```
 1 | Bruce A. Neilson #096952
   | 7108 N. Fresno St. #190
 2 | Fresno, California  93720
   | Telephone (559) 432-9831
 3 | Facsimile (559) 432-1837
 4 | Attorney for Defendants
   | Norma Sanchez dba M-N-M Shear & Clipper Cuts;
 5 | Karamjit Singh and Rashid Thind dba Squire Liquor
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \*

| | |
|---|---|
| RONALD MOORE, | CASE NO. 1:14-cv-00561-SAB |
| Plaintiff, | SECOND STIPULATION AND ORDER FOR NORMA SANCHEZ dba M-N-M SHEAR & CLIPPER CUTS; KARAMJIT SINGH dba SQUIRE LIQUOR; and RASHID THIND dba SQUIRE LIQUOR TO RESPOND TO COMPLAINT |
| vs. | |
| PASQUALE DeSANTIS, Trustee of the DeSANTIS FAMILY TRUST dated August 13, 2003; CARMELA DeSANTIS, Trustee of the DeSANTIS FAMILY TRUST dated August 13, 2003; MARIA AVONCE dba M-N-M SHEAR & CLIPPER CUTS; NORMA SANCHEZ dba M-N-M SHEAR & CLIPPER CUTS; KARAMJIT SINGH dba SQUIRE LIQUOR; RASHID THIND dba SQUIRE LIQUOR; | |
| Defendants. | |

1. Plaintiff Ronald Moore filed this action on April 21, 2014.

2. This is the second request for an extension of time for Defendants NORMA SANCHEZ dba M-N-M SHEAR & CLIPPER CUTS; KARAMJIT SINGH dba SQUIRE LIQUOR; and RASHID THIND dba SQUIRE LIQUOR (collectively referred to "Defendants"). A previous extension of time was granted by the plaintiff within the statutory allowance; thus, court approval is required for a further extension of time.

3. Plaintiff and Defendants are in settlement negotiations at this time.

4. Defendants are completing a CASp report for the property at issue that will help settle this case.

5. The parties agree that settlement of this case would save valuable court time and resources.

6. The parties have agreed to extend Defendants' time to respond to the complaint until August 1, 2014, subject to the court's approval, and believe that the case can be settled within that time.

7. This extension of time will not alter any date or event already set by Court order, including the mandatory scheduling conference.

NOW THEREFORE, Defendants through their attorneys, and Plaintiff Ronald Moore, through his attorneys, hereby stipulate and agree that the time for Defendants NORMA SANCHEZ dba M-N-M SHEAR & CLIPPER CUTS; KARAMJIT SINGH dba SQUIRE LIQUOR; and RASHID THIND dba SQUIRE LIQUOR to answer or otherwise respond to the Complaint shall be extended up to and including August 1, 2014, pending court approval.

IT IS SO STIPULATED.

MOORE LAW FIRM, PC

Dated: July 9, 2014          /s/Tanya Moore
Tanya Moore, Attorney for Plaintiff Ronald Moore

Dated: July 9, 2014          /s/Bruce A. Neilson
Bruce A. Neilson, Attorney for Defendants
Norma Sanchez dba M-N-M Shear & Clipper Cuts;
Karamjit Singh and Rashid Thind dba Squire Liquor

IT IS SO ORDERED.

Dated:   **July 9, 2014**

UNITED STATES MAGISTRATE JUDGE