**Theodore W. Hoppe, # 138064**
**HOPPE LAW GROUP**
*A PROFESSIONAL LAW OFFICE*
*680 W. Shaw Ave., Ste. 207*
*Fresno, CA 93704*
*Telephone: (559) 241-7070*
*Facsimile: (559) 241-7212*

Attorneys for Defendants,  PASQUALE DeSANTIS, Trustee of the DeSANTIS FAMILY TRUST
dated August 13, 2003; and CARMELA DeSANTIS, Trustee of the
DeSANTIS FAMILY TRUST dated August 13, 2003

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| RONALD MOORE, | ) Case No.: 1:14-cv-00561 SAB |
| | ) |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER TO SET** |
| | ) **ASIDE DEFAULT AND ALLOW** |
| PASQUALE DeSANTIS, Trustee of the | ) **DEFENDANTS PASQUALE DeSANTIS** |
| DeSANTIS FAMILY TRUST dated August | ) **AND CARMELA DeSANTIS TO APPEAR** |
| 13, 2003; CARMELA DeSANTIS, Trustee of | ) **AND RESPOND TO COMPLAINT** |
| the DeSANTIS FAMILY TRUST dated | ) |
| August 13, 2003; MARIA AVONCE dba | ) |
| M-N-M SHEAR & CLIPPER CUTS; | ) |
| NORMA SANCHEZ dba M-N-M SHEAR & | ) |
| CLIPPER CUTS; KARAMJIT SINGH dba | ) |
| SQUIRE LIQUOR; RASHID THIND dba | ) |
| SQUIRE LIQUOR; | ) |
| | ) |
| Defendants. | ) |

Plaintiff RONALD MOORE ("Plaintiff") and Defendants PASQUALE DeSANTIS, Trustee

of the DeSANTIS FAMILY TRUST dated August 13, 2003, and CARMELA DeSANTIS, Trustee

of the DeSANTIS FAMILY TRUST dated August 13, 2003 ("Defendants"), by and through their

attorneys of record, agree as follows:

WHEREAS, Plaintiff filed a Complaint in U.S. District Court Eastern District of California

against Defendants on April 21, 2014.

WHEREAS, Plaintiff submits that Defendants were served on May 6, 2014.

///

WHEREAS, Defendants did not respond to the Complaint because of lack of knowledge of the process and have recently retained counsel.

WHEREAS, Plaintiff Requested an Entry of Default as to Defendant which was entered on July 9, 2014, by the Clerk;

IT IS THEREFORE STIPULATED, pending a further Order of the Court, that the Default as to Defendants, PASQUALE DeSANTIS, Trustee of the DeSANTIS FAMILY TRUST dated August 13, 2003, and CARMELA DeSANTIS, Trustee of the DeSANTIS FAMILY TRUST dated August 13, 2003, entered on July 9, 2014, be set aside and Defendants, PASQUALE DeSANTIS, Trustee of the DeSANTIS FAMILY TRUST dated August 13, 2003; and CARMELA DeSANTIS, Trustee of the DeSANTIS FAMILY TRUST dated August 13, 2003, be allowed to appear and respond to the Complaint filed on April 21, 2014.  Defendants will file a response within five (5) days of the Order being executed.

Respectfully submitted,

DATED: July 22, 2014.                    HOPPE LAW GROUP


By: /s/ Theodore W. Hoppe
       Theodore W. Hoppe
       Attorneys for Defendants,
       PASQUALE DeSANTIS, Trustee of the
       DeSANTIS FAMILY TRUST dated August 13,
       2003; and CARMELA DeSANTIS, Trustee of
       the DeSANTIS FAMILY TRUST dated August
       13, 2003


Respectfully submitted,

DATED: July 22, 2014.                    MOORE LAW FIRM, P.C.


By: /s/ Tanya E. Moore
       Tanya E. Moore
       Attorneys for Plaintiff,
       RONALD MOORE

///

///

**O R D E R**

GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING STIPULATED TO THE SAME, the Court finds that the above-stated **STIPULATION** is approved by the Court and shall be and now is the Order of the Court.  The Default entered against PASQUALE DeSANTIS, Trustee of the DeSANTIS FAMILY TRUST dated August 13, 2003, and CARMELA DeSANTIS, Trustee of the DeSANTIS FAMILY TRUST dated August 13, 2003, on July 9, 2014, is hereby set aside, and PASQUALE DeSANTIS, Trustee of the DeSANTIS FAMILY TRUST dated August 13, 2003, and CARMELA DeSANTIS, Trustee of the DeSANTIS FAMILY TRUST dated August 13, 2003, is hereby allowed to file a response to the Complaint filed April 21, 2014. Defendants are ordered to file the response within five (5) days of the order being executed.

IT IS SO ORDERED.

Dated:  **July 25, 2014**

_____
UNITED STATES MAGISTRATE JUDGE