# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | Case No.  1:14-cv-00561-SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | DEADLINE:  November 19, 2014 |
| PASQUALE DESANTIS, et al., | |
| Defendants. | |

On October 29, 2014, the parties filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  Accordingly, it is HEREBY ORDERED that:

1.      All pending matters and dates are VACATED; and

2.      The parties shall file dispositional documents on or before November 19, 2014.


IT IS SO ORDERED.

Dated:  __**October 30, 2014**__                           _____

UNITED STATES MAGISTRATE JUDGE