1  Tanya E. Moore, SBN 206683
   M<span style="font-variant:small-caps">OORE</span> L<span style="font-variant:small-caps">AW</span> F<span style="font-variant:small-caps">IRM</span>, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

6

7

8                **UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10

11 | RONALD MOORE,                              )  No.  1:14-cv-00561-SAB
12 |             Plaintiff,                     )
                                                )  **STIPULATION FOR DISMISSAL OF**
13 |     vs.                                    )  **ACTION AND ORDER**
                                                )
14 | PASQUALE DeSANTIS, Trustee of the          )
   | DeSANTIS FAMILY TRUST dated August         )
15 | 13, 2003, et al.,                          )
                                                )
16 |                                            )
   |             Defendants.                    )
17 |                                            )
                                                )
18

1  IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Pasquale DeSantis, Trustee of the DeSantis Family Trust dated August 13, 2003; Carmela DeSantis, Trustee of the DeSantis Family Trust dated August 13, 2003; Juliana Neridba dba M-N-M Shear & Clipper Cuts; Norma Sanchez dba M-N-M Clipper Cuts; Karamjit Singh dba Squire Liquor; and Rashid Thind dba Squire Liquor, the parties remaining in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: November 4, 2014                    MOORE LAW FIRM, P.C.


                                          */s/ Tanya E. Moore*
                                          Tanya E. Moore
                                          Attorneys for Plaintiff
                                          Ronald Moore


                                          */s/ Bruce A. Neilson*
                                          Bruce A. Neilson
                                          Attorney for Defendants, Norma Sanchez dba
                                          M-N-M Shear & Clipper Cuts; Karamjit Singh
                                          and Rashid Thind dba Squire Liquor

                                          HOPPE LAW GROUP
                                          A PROFESSIONAL LAW OFFICE


                                          */s/ Christine J. Levin*
                                          Theodore W. Hoppe
                                          Christine J. Levin
                                          Attorneys for Defendants
                                          PASQUALE DeSANTIS, Trustee of the
                                          DeSANTIS FAMILY TRUST dated August 13,
                                          2003; and CARMELA DeSANTIS, Trustee of the
                                          DeSANTIS FAMILY TRUST dated August 13,
                                          2003

**<u>ORDER</u>**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: __**November 5, 2014**__

UNITED STATES MAGISTRATE JUDGE